1
2
3
4
5
6
7
8  PITE DUNCAN, LLP                                          E-Filed on 2/6/09
   STEVEN W. PITE (NV Bar #008226)
9  EDDIE R. JIMENEZ (NV Bar #10376)
   4375 Jutland Drive, Suite 200
10 P.O. Box 17933
   San Diego, CA 92177-0933
11 Telephone: (702) 413-9692
   Facsimile: (619) 590-1385
12 E-mail: ecfnvb@piteduncan.com

13 ABRAMS & TANKO, LLLP
   MICHELLE L. ABRAMS (NV Bar #005565)
14 3085 S. Jones Blvd., Suite C
   Las Vegas, NV 89146
15 Attorneys for   Secured Creditor GRP FINANCIAL SERVICES CORPORATION, AS
                   SERVICING AGENT FOR SILVER STATE FINANCIAL SERVICES, DBA
16                 SILVER STATE MORTGAGE, its successors and/or assigns

17

18                         UNITED STATES BANKRUPTCY COURT

19                                DISTRICT OF NEVADA

20 | In re                              | Bk-S-08-18680-MKN
                                        | Chapter 13
21 | GRANT C. WILKES AND DEANNA L.
   | SISSON,                            | ORDER ON STIPULATION GRANTING
22 |                                    | ADEQUATE PROTECTION
   |         Debtor(s).
23 |
24

25 /././

26 /././

27 /././

28 /././

2732772.wpd

The parties having agreed to the terms set forth in the Stipulation Granting Secured Creditor Adequate Protection are bound by the terms of their stipulation, which shall be the Order of this Court. Any pending hearing on Movant's Motion for Relief From the Automatic Stay in the above-entitled case is hereby vacated.

APPROVED/DISAPPROVED                APPROVED/DISAPPROVED

_____              _____
GEORGE HAINES                        KATHLEEN A. LEAVITT
DEBTOR(S) ATTORNEY                   TRUSTEE

<u>ALTERNATIVE METHOD re: RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐   The court has waived the requirement of approval under LR 9021.

☐   No parties appeared or filed written objections, and there is no trustee appointed in the case.

☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐   Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐   Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐   Failed to respond. - Debtor(s)/Debtor(s)' Attorney/Trustee

###

By:_____
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #10376
Attorney for GRP FINANCIAL SERVICES CORPORATION, AS SERVICING AGENT FOR SILVER STATE FINANCIAL SERVICES, DBA SILVER STATE MORTGAGE, its successors and/or assigns

2732772.wpd

        The parties having agreed to the terms set forth in the Stipulation Granting Secured Creditor Adequate Protection are bound by the terms of their stipulation, which shall be the Order of this Court. Any pending hearing on Movant's Motion for Relief From the Automatic Stay in the above-entitled case is hereby vacated.

APPROVED/DISAPPROVED              APPROVED/DISAPPROVED

_____     _____
GEORGE HAINES                          KATHLEEN A. LEAVITT
DEBTOR(S) ATTORNEY                 TRUSTEE

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐      The court has waived the requirement of approval under LR 9021.

☐      No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒      Approved. - Debtor(s)/Debtor(s)' Attorney and Trustee

☐      Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐      Failed to respond. - Debtor(s)/Debtor(s)' Attorney/Trustee

                                                          ###

By: /s/ Eddie R. Jimenez
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #10376
Attorney for GRP FINANCIAL SERVICES CORPORATION, AS SERVICING AGENT FOR SILVER STATE FINANCIAL SERVICES, DBA SILVER STATE MORTGAGE, its successors and/or assigns

2732772.wpd

E-Filed on 2/6/09

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (702) 413-9692
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for   Secured Creditor GRP FINANCIAL SERVICES CORPORATION, AS
                SERVICING AGENT FOR SILVER STATE FINANCIAL SERVICES, DBA
                SILVER STATE MORTGAGE, its successors and/or assigns

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Bankruptcy Case No. Bk-S-08-18680-MKN<br>Chapter 13 |
|---|---|
| GRANT C. WILKES AND DEANNA L. SISSON, | STIPULATION GRANTING ADEQUATE PROTECTION |
| Debtor(s). | |

This Stipulation is entered into by and between the Secured Creditor, grp Financial Services Corporation, as Servicing Agent for Silver State Financial Services, DBA Silver State Mortgage, its successors and/or assigns (hereinafter "Movant"), and Grant C. Wilkes and Deanna L. Sisson (hereinafter "Debtors") by and through their respective attorneys of record.

The property which is the subject of this matter is commonly known as 1690 Palomino Dr., Henderson, Nv 89015 (hereinafter "Real Property"), which is more fully described as follows:

      SEE LEGAL DESCRIPTION ATTACHED HERETO AS
      EXHIBIT A AND MADE A PART HEREOF.

/././

/././

/././

2731993.wpd

THE PARTIES STIPULATE AS FOLLOWS:

1. Debtors shall tender regular monthly payments in the amount of $ 2,109.69 to Movant, which amount is subject to change, pursuant to the terms of the subject Note (the "Note"), commencing February 1, 2009, and continuing until all such outstanding amounts under the Note are to be paid in full.

2. The post-petition arrears are calculated as follows:

| | | |
|---|---|---|
| 11/1/08-1/1/09 | 3 payments @ $2,109.69 | $6,329.07 |
| 11/1/08-12/1/08 | 2 late charges @ $94.50 | 189.00 |
| Attorneys' Fees and Costs | | 400.00 |
| Total Arrears | | $6,918.07 |

3. In addition to regular monthly payments, Debtor shall also tender payments to Movant in the sum of $1,153.01, commencing February 15, 2009, and continuing through and including July 15, 2009, when all post-petition arrears due and owing under the Note, in the current sum of $6,918.07, are paid in full. Payments are to be remitted to: GRP Financial Services Corporation, 445 Hamilton Avenue, 8th Floor, White Plains, NY 10601

4. Debtors shall maintain real property taxes and real property hazard insurance paid current for the Real Property, and provide proof of said insurance to Movant on a timely basis.

5. Debtors shall comply with the terms and conditions of their Chapter 13 Plan with respect to the payments to the Chapter 13 Trustee.

6. In the event of any future default on any of the above-described provisions, inclusive of this Order, Movant shall provide written notice to Debtors at 1690 Palomino Dr., Henderson, Nv 89002, and to Debtors' attorney of record, George Haines, at Haines & Krieger, L.L.C., 1020 Garces Ave., Ste 100, Las Vegas, NV 89101, indicating the nature of the default. If Debtors fail to cure the default with certified funds after the passage of fifteen (15) calendar days from the date said written notice is placed in the mail, then Movant may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed

2731993.wpd

of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

7. The acceptance by Movant of a late or partial payment shall not act as a waiver of Movant's right to proceed hereunder.

8. In the event that the Debtors default under this Stipulation and Movant forwards a 15-day letter to Debtors, they shall be required to tender $100.00 for each default letter submitted in order to cure the default.

9. In the event that Movant is granted relief from the automatic stay, the parties hereby stipulate that the 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

10. Movant shall comply with the above provisions as to the first three (3) defaults. Upon the fourth (4th) default, under the above-described provisions, Movant shall immediately be entitled to file an Ex Parte Declaration of Non-Cure and an Order Terminating Automatic Stay with the court as to Movant. Upon entry of said Order Terminating Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

11. In the event this case is converted to a Chapter 7 proceeding the Automatic Stay shall be terminated without further notice, order, or proceedings of the court. If the Automatic Stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the property and/or against the Debtors.

12. Relief from the Automatic Stay is granted as to the Chapter 13 Trustee, Kathleen A. Leavitt.

13. Any notice that Movant shall give to Debtors, or attorney for Debtors, pursuant to this Order shall not be construed as a communication under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

/././

14. Upon disposition of collateral Movant will amend or delete its Proof of Claim and provide Trustee with the notice of same.

15. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Real Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

IT IS SO STIPULATED:

DATED:  2/6/09

/s/ Eddie R. Jimenez
4375 Jutland Drive, Suite 200
P.O. Box 17933 200
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #10376
Attorney for GRP FINANCIAL SERVICES CORPORATION, AS SERVICING AGENT FOR SILVER STATE FINANCIAL SERVICES, DBA SILVER STATE MORTGAGE, its successors and/or assigns

DATED: _____

GEORGE HAINES
Attorneys for Debtors

DATED: _____

KATHLEEN A. LEAVITT
Chapter 13 Trustee

- 4 -

2731993.wpd

1 | 14. Upon disposition of collateral Movant will amend or delete its Proof of Claim and
2 | provide Trustee with the notice of same.

3 | 15. The foregoing terms and conditions shall be binding only during the pendency of this
4 | bankruptcy case. If, at any time, the stay is terminated with respect to the Real Property by court
5 | order or by operation of law, the foregoing terms and conditions shall cease to be binding and
6 | Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real
7 | Property and/or against the Debtors.

IT IS SO STIPULATED:

DATED: _____

4375 Jutland Drive, Suite 200
P.O. Box 17933 200
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #10376
Attorney for GRP FINANCIAL SERVICES CORPORATION, AS SERVICING AGENT FOR SILVER STATE FINANCIAL SERVICES, DBA SILVER STATE MORTGAGE, its successors and/or assigns

DATED: 1/12/09

GEORGE HAINES
Attorneys for Debtors

DATED: 2.3.09

KATHLEEN A. LEAVITT
Chapter 13 Trustee

- 4 -

2731993.wpd

Escrow No.: 05-09-0368-CG

# EXHIBIT "A"

## LEGAL DESCRIPTION

LOT SIX (6) OF PEQUEEN SUBDIVISION, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 17, OF PLATS, PAGE 14, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.