JAN.27.2009 11:52  8587938263        SOLOMON GRINDLE                    #6182 P.002/004

RECEIVED & FILED

'09 FEB -5 P1 :42

U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

Timothy J. Silverman, Esq. [SBN 145264]
SOLOMON, GRINDLE, SILVERMAN & SPINELLA
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263

Attorneys for Secured Creditor
CALIFORNIA COAST CREDIT UNION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>GRANT C. WILKES and DEANNA L. SISSON,<br><br>Debtors. | Case No: BK-08-18680-bam<br><br>Chapter 13<br><br>**STIPULATION FOR RELIEF FROM AUTOMATIC STAY; ORDER THEREON** |

    Secured Creditor, CALIFORNIA COAST CREDIT UNION ("CCCU ") by and through its attorneys of record, Solomon, Grindle, Silverman & Spinella, by Timothy J. Silverman, Esq., and the Debtor, GRANT C. WILKES and DEANNA L. SISSON ("Debtors"), by and through their attorneys of record, Haines & Krieger, LLC, hereby enter into this Stipulation for Relief from the Automatic Stay based upon the following facts:

1

# RECITALS

1. On August 1, 2008, the Debtor filed a voluntary Chapter 13 petition.

2. Kathleen A. Leavitt is the duly qualified and acting Chapter 13 Trustee.

3. On or about December 17, 2003, the Debtors executed and delivered to CCCU a written LoanLiner Open-End Plan Contract ("Contract"), for value received. Pursuant to the terms of Contract, the Debtors promised to pay to CCCU the principal sum of $35,000.00 with interest commencing on or about January 25, 2004, and continuing until paid in full. A true and correct copy of the Contract is attached hereto as Exhibit "1" and is incorporated herein by this reference. The current monthly payment is $342.49.

4. To secure repayment of this indebtedness, Debtors granted to CCCU a beneficial interest in the personal property described as a 2003 Moomba ski boat, VIN No. 1SR0V082G303. CCCU's lien and security interest is evidenced by the California Certificate of Title for the vessel. A true and correct copy of the Certificate of Title is attached hereto as Exhibit "2" and is incorporated herein by this reference.

7. On June 25, 2008, the Debtors defaulted under the terms of the Contract by failing to make the monthly payment due on that date. The Debtors have also failed to make all consecutive monthly payments on the Contract due thereafter to CCCU. Arrearages presently exist in the amount of $2,336.55, representing seven (7) payments and appropriate late charges, but excluding legal fees. An additional payment is due on January 25, 2009.

8. The principal amount due and owing to CCCU on the Contract as of January 6, 2009, is $30,515.86, excluding accrued interest, attorney's fees and costs.

9. Based upon the Debtors' Schedule B, CCCU is informed and believes that the value of the vessel is approximately $15,000.00. A true and correct copy of Schedule B is attached hereto as Exhibit "3" and is incorporated herein by this reference.

10. According to the Debtors' proposed Chapter 13 Plan #1, the Debtors propose to surrender the vessel back to CCCU.

///

///

Based upon the foregoing facts, CCCU and the Debtors stipulate and agree as follows:

## STIPULATION

A. CCCU is granted immediate relief from the automatic stay to take any and all actions, including but not limited to, foreclosure and sale, to enforce its lien on personal property described as a 2003 Moomba ski boat, VIN No. 1SR0V082G303.

B. The 10-day stay of Bankruptcy Rule 4001(a)(3) shall be waived;

C. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Title 11 of the United States Code.

Respectfully submitted by:

Dated: 1-31-09

SOLOMON, GRINDLE, SILVERMAN & SPINELLA

By: _____
Timothy J. Silverman, Esq.
Attorneys for Secured Creditor, CALIFORNIA COAST CREDIT UNION

Dated: 1/27/09

HAINES & KRIEGER

By: _____
George Haines, Esq.
Attorneys for Debtors

APPROVED AS TO FORM AND CONTENT:

Dated:

By: _____
Kathleen A. Leavitt
Chapter 13 Trustee

## ORDER

Upon consideration of the foregoing Stipulation and with good cause appearing therefor,

IT IS SO ORDERED.

Dated: _____

United States Bankruptcy Judge