UNITED STATES BANKRUPTCY COURT
District of Nevada (Las Vegas)

IN RE:                                                                                          Case Number: 08-18680

Debtors: GRANT C WILKES and
DEANNA L SISSON

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Select Portfolio Servicing, Inc. | GRP Financial Services Corporation |
| Name of Transferee | Name of Transferor |
| PO Box 65777 | Court Claim # (if known): 3 |
| Salt Lake City, UT 84165 | Amount of Claim: $345747.82 |
| | Date Claim Filed: 08/18/2008 |
| Phone: 800 - 258 - 8602 | |
| Last Four Digits of Acct #: 6084 | Last Four Digits of Acct #: 1201 |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165
Attention: Bankruptcy

Phone: 800 - 258 - 8602
Last Four Digits of Acct #: 6084

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Diana Duarte            Date: December 10, 2009
       authorized filing agent for Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ID:22,659